**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TIFFANY ANNE PARKES,

                Plaintiff,

    -against-                                    24 **CIVIL** 8099 (KMW)

                                                                       **JUDGMENT**

NYU LANGONE HEALTH; GRAMERCY
GYNECOLOGY,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 21, 2025, the Court has dismissed Plaintiff's amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted, 28 U.S.C. § 1915(e)(2)(B)(ii), and for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

       July 22, 2025

                                                                    **TAMMI M. HELLWIG**
                                                                    **Clerk of Court**

                          **BY:**           *K. Mango*

                                                                      **Deputy Clerk**